Entered on Docket
June 24, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2, by Litton Loan Servicing LP as Attorney in Fact
10-71990

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-13731-bam |
|---|---|
| John h. Iasiuolo and Christine R. Iasiuolo | Date: 6/15/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2, by Litton Loan Servicing LP as Attorney in Fact, its assignees and/or successors in interest, of the subject property, generally described as 2020 Sunland Avenue, Las Vegas, NV 89106.

Submitted by:

**WILDE & ASSOCIATES**

By: _/s/ N. Aclu #10235_
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Jeffrey A. Cogan
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Brian D. Shapiro
Chapter 7 Trustee

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
2  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to
3  Secured Creditor The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the
4  Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2, by Litton Loan
5  Servicing LP as Attorney in Fact, its assignees and/or successors in interest, of the subject property,
6
7  generally described as 2020 Sunland Avenue, Las Vegas, NV 89106.
8  Submitted by:
9  **WILDE & ASSOCIATES**
10 By:_____
    Gregory L. Wilde, Esq.
11 Attorney for Secured Creditor
12 (APPROVED)/ DISAPPROVED
13 By: _____
14 Jeffrey A. Logan
   Attorney for Debtor(s)
15
   APPROVED / DISAPPROVED
16
17 By:_____
   Brian D. Shapiro
18 Chapter 7 Trustee
19
20
21
22
23
24
25
26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
 \_\_\_\_ The court waived the requirements of LR 9021.
 \_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
 \_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
 _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
 _X_ approved the form of this order        \_\_\_\_ disapproved the form of this order
 \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
 \_\_\_\_ appeared at the hearing, waived the right to review the order
 \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
 \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
 \_\_\_\_ waived the right to review the order and/or   _x_ failed to respond to the document

 \_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
 \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
 \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
 \_\_\_\_ appeared at the hearing, waived the right to review the order
 \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
 \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
 \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

 \_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor